[No. 11089-3-III. Division Three. April 14, 1992.]

*In the Matter of the Marriage of* LAWRENCE J.
MANNING, *Respondent, and* LINDA L.
MANNING, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 81-3-01713-7, Heather Van Nuys, J.,
entered August 17, 1990. *Affirmed in part* and *reversed in
part* by unpublished opinion per Munson, J., concurred in
by Shields, C.J., and Thompson, J.

[No. 11472-4-III. Division Three. April 16, 1992.]

THE STATE OF WASHINGTON, *Appellant,* v. FRANCISCO
GUTTIERREZ, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 91-8-50013-9, John G. Carroll, J.
Pro Tem., entered March 12, 1991. *Affirmed* by unpub-
lished opinion per Sweeney, J., concurred in by Shields,
C.J., and Thompson, J.

[No. 11280-2-III. Division Three. April 16, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC DEAN
BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton
County, No. 90-1-00321-7, Albert J. Yencopal, J., entered
December 12, 1990. *Affirmed in part* and *remanded* by
unpublished opinion per Sweeney, J., concurred in by
Shields, C.J., and Thompson, J.